UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 06-61851-CIV-UNGARO/O'SULLIVAN

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

RANDALL L. LESHIN, *et al.*,

    Defendants.

_____/

## **ORDER**

**THIS MATTER** is before the Court on the Defendants Express Consolidation, Inc., Randall L. Leshin, P.A., Randall L. Leshin, and Charles Ferdon's Motion to Compel Production of Documents (DE # 157, 9/11/07).  Having carefully considered the applicable filings and law, it is

**ORDERED AND ADJUDGED** that the Defendants Express Consolidation, Inc., Randall L. Leshin, P.A., Randall L. Leshin, and Charles Ferdon's Motion to Compel Production of Documents (DE # 157, 9/11/07) is DENIED as moot.  A review of the defendants reply to the plaintiff's response indicates that they wish to withdraw their Motion to Compel Production of Documents.  It is further

**ORDERED AND ADJUDGED** that the parties are warned to abide by Local Rule 7.1.A.3 requiring the parties to confer prior to filing discovery motions.  Conferring must be meaningful and conducted in good faith by the parties.

There are currently a number of additional outstanding discovery motions in this matter that are not yet ripe.  The parties should meet and confer with respect to these outstanding discovery motions in a meaningful manner in an attempt to resolve the

issues raised in each of the remaining motions on or before October 19, 2007.  A notice shall be filed with the Court indicating the resolution of any of the matters raised in the motions on or before October 19, 2007.

    DONE AND ORDERED, in Chambers, at Miami, Florida, this **11th** day of October, 2007.

                                                                      _____
                                                                        JOHN J. O'SULLIVAN
                                                                        UNITED STATES MAGISTRATE JUDGE

Copies provided to:
U.S. District Judge Ungaro
All counsel of record