UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 0:06-cv-61851-UNGARO

FEDERAL TRADE COMMISSION,

                Plaintiff,

    v.

RANDALL L. LESHIN, et al.,

                Defendants.

## PLAINTIFF'S EMERGENCY RULE 60(a) MOTION TO CORRECT CLERICAL MISTAKES OR OMISSIONS IN THE FINDINGS OF FACT AND CONCLUSIONS OF LAW

### I. INTRODUCTION

Plaintiff, the Federal Trade Commission hereby files its Motion, pursuant to Rule 60(a), Fed. R. Civ. P., to correct clerical mistakes or omissions in the Findings of Fact and Conclusions of Law and Order on Request to Modify Stipulated Injunction and Extending the Monitor's Tenure (DE #390). The Court's Findings and Conclusions are supported by the record, however, the citations to Plaintiff's Exhibits are incorrectly numbered as those exhibits are referred to in the transcripts of the February 13 and 17, 2009 hearing.

### II. GOOD CAUSE FOR DISPENSING WITH LOCAL RULE 7.1 TIMING REQUIREMENTS

The grounds for dispensing with the timing requirements of Local Rule 7.1, and granting an immediate hearing on the motion pursuant to Local Rule 7.1.E are as follows:

1. The relief sought in this motion is to correct clerical mistakes or omissions in the Findings of Fact and Conclusions of Law, pursuant to Rule 60(a), Fed.R.Civ.P. Correction of the mistakes is a ministerial matter.

2. The Contempt Defendants yesterday filed a notice of appeal of the Findings of Fact and Conclusions of Law. Rule 60(a) provides that, if that appeal is docketed at the Court of Appeals, the mistakes or omissions in the Findings of Fact and Conclusions of Law can only be corrected with that appellate court's leave.

3. A correct citation to the record is in all parties' interest, and there is no need to use the Court of Appeals' resources on such a matter if it can be avoided.

**III.     CORRECTIONS BASED ON CLERICAL ERROR OR MISTAKE**

Below are the citations from DE #390, in the left column marked "IN ORIGINAL" and the correct citations to the record, in the right column marked "CORRECTION."

| IN ORIGINAL: | CORRECTION: |
| --- | --- |
| p.2 ¶ 3  (Pl's Mot. Ex. 5 at 14-15) | (Pl's Mot. Ex. 7 at 14-15) |
| p.2 ¶ 3  (Pl's Mot. Ex. 7 00006) | (Pl's Mot. Ex. 6 00006) |
| p.2 ¶ 3 (Pl's Mot. Ex. 7 at 00003) | (Pl's Mot. Ex. 6 at 00001) |

| **IN ORIGINAL**: | **CORRECTION**: |
|---|---|
| p.3 ¶ 4 (Pl's Mot. Ex. 8 at 10) | (Pl's Mot. Ex. 7 at 10) |
| p.5 ¶ 17 (Pl's Mot. Ex. 2, at 158) | (Pl's Mot. Ex. 1, at 158) |
| p.5 fn.4 (*See* Pl's Mot. Ex. 15, "Desist and Refrain Order.") | (*See* Pl's Mot. Ex. 10B "Desist and Refrain Order.") |
| p.6 ¶ 17b. (Pl's Mot. Ex. 3, at 311-317) | p.6 ¶ 17b. (Pl's Mot. Ex. 2, at 311-317) |
| p.6 ¶ 17c. *Id*., p.349 (referring to Pl. Mot. Ex. 3) | *Id*., p.349 (referring to Pl. Mot. Ex. 2) |
| p.6 ¶ 17d. *Id*., pp.283-286 (referring to Pl. Mot. Ex. 3) | *Id*., pp.283-286 (referring to Pl. Mot. Ex. 2) |
| p.6 fn.5 (Pl's Mot. Ex. 2, at 177-78; Ex. 3 at 272-275) | p.6 fn.5 (Pl's Mot. Ex. 1, at 177-78; Ex. 2 at 272-275) |
| p.6 fn.5 (Pl's Mot. Ex. 3, at 277) | p.6 fn.5 (Pl's Mot. Ex. 2, at 277) |

**IN ORIGINAL**:                                    **CORRECTION**:

p.7 ¶ 20   (Pl's Mot. Ex. 9 at 5)                  (Pl's Mot. Ex. 8 at 5)

p.7 ¶ 21   (Pl's Mot. Ex. 9 at 11, 12,            (Pl's Mot. Ex. 8 at 11, 12, 17)

17)

p.7 ¶ 21   (Pl's Mot. Ex. 7);(Pl's Mot.           (Pl's Mot. Ex. 6);(Pl's Mot. Ex. 8 at 13)

Ex. 9 at 13)

p.8 ¶ 23  (Pl's Mot. Ex. 9 at 11-13)              (Pl's Mot. Ex. 8 at 11-13)

p.8 ¶ 24  (Pl's Mot. Ex. 9 at 5-6)                (Pl's Mot. Ex. 8 at 5-6)

p.8 ¶ 24  (Pl's Mot. Ex. 7 PCX 6, at 6)           (Pl's Mot. Ex. 6 PCX 6, at 6)

p.8 fn.8 (Pl's Mot. Ex. 9, at 14.); (Pl's         (Pl's Mot. Ex. 8, at 14.); (Pl's Mot. Ex. 6 at 186)

Mot. Ex. 7 at 186)

p.9 ¶ 24 (see Pl's Mot. Ex 17,                     (see Pl's Mot. Ex 12, containing Summary Exhibit,

containing Summary Exhibit,                        comparing Pl's Ex. 13, Monitor's list of

comparing Pl's Ex. 18, Monitor's list             cancellations....)

of cancellations....)

**IN ORIGINAL**:                                **CORRECTION**:


p.9 ¶ 26 (Pl's Mot. Ex. 10 at 47-96)         p.9 ¶ 26 (Pl's Mot. Ex. 8 at 47-96)


p.9 ¶ 27 (Pl's Mot. Ex. 13 at 000009)        (Pl's Mot. Ex. 9 at 000009)


p.11 ¶ 29 (Pl's Mot. Ex. 13 at 000009)       (Pl's Mot. Ex. 9 at 000009)


p.11 ¶ 30 (Pl's Mot. Ex. 9 at 000005,        (Pl's Mot. Ex. 8 at 000005, 000018-000046)

000018-000046)


p.11 ¶ 31 (Pl's Mot. Ex. 13 at 000075)       (Pl's Mot. Ex. 9 at 000075)


p.11 ¶ 31 (Pl's Mot. Ex. 13 at 00009)        (Pl's Mot. Ex. 9 at 00009)


p.11 fn.10 (Pl's Mot. Ex. 13 at              (Pl's Mot. Ex. 9 at 000075)

000075)


p.11 ¶ 32 (Pl's Mot. Ex. 9 at 00003,         (Pl's Mot. Ex. 8 at 00003, 00005; Ex.8 at 00099-

00005; Ex.10 at 00099-126.)                  126.)


p.12 ¶ 32a.  (Pl's Mot. Ex. 11 at 109)       (Pl's Mot. Ex. 8 at 109)

| **IN ORIGINAL**: | **CORRECTION**: |
|---|---|
| p.12 ¶ 32a.  (Pl's Mot. Ex. 11, at 112-113) | (Pl's Mot. Ex. 8, at 112-113) |
| p.12 ¶ 32b.  Pl's Mot. Ex. 13 at 000050 | Pl's Mot. Ex. 9 at 000050 |
| p.12 ¶ 32b.  Three references to Pl's Mot. Ex. 11 | Pl's Mot. Ex. 8 |
| p.12 ¶ 32c.  (Pl's Mot. Ex. 13 at 000075) | (Pl's Mot. Ex. 9 at 000075) |
| p.12 ¶ 32c.  (Pl's Mot. Ex. 12 at 116-126) | (Pl's Mot. Ex. 8 at 116-126) |
| p.12 ¶ 33.  (Pl's Mot. Ex. 7 at 146-175) | (Pl's Mot. Ex. 6 at 146-175) |
| p.13 ¶ 34 (Pl's Mot. Ex. at 000005, 000011) | (Pl's Mot. Ex. 8 at 000005, 000011) |

| **IN ORIGINAL**: | **CORRECTION**: |
|---|---|
| p.13 ¶ 34 (Pl's Mot. Ex. 9 at 000027 - 41) | (Pl's Mot. Ex. 8 at 000027 - 41) |
| p.13 ¶ 35 (Pl's Mot. Ex. 11 at 000099 - 104) | p.13 ¶ 35 (Pl's Mot. Ex. 8 at 000099 - 104) |
| p.14 ¶ 37 (Pl's Mot. Ex. 13 at 6-7, 37-38, 46-48, 53-54, 58-59, 67-68, 72-73, 154-155, 159-160) | (Pl's Mot. Ex. 9 at 6-7, 37-38, 46-48, 53-54, 58-59, 67-68, 72-73, 154-155, 159-160) |
| p.20 ¶ 54 (Hr'g Tr. 02/13/09 at 95); (Pl's Mot. Ex. 10 at 000047-94.) | (Hr'g Tr. 02/13/09 at 85); (Pl's Mot. Ex. 8 at 000047-94.) |
| p.20 ¶ 55 (Pl's Mot. Ex. 3 at 277.) | (Pl's Mot. Ex. 2 at 277.) |
| p.21 ¶ 58 (Pl's Mot. Ex. 13 at 000009) | (Pl's Mot. Ex. 9 at 000009) |
| p.21 ¶ 58 (Pl's Mot. Ex. 10 at 000049 -93, 000109) | (Pl's Mot. Ex. 8 at 000049 -93, 000109) |

7

**IN ORIGINAL**:                                    **CORRECTION**:

p.22 ¶ 61 (Pl's Mot. Ex. 10 at 000047 -           (Pl's Mot. Ex. 8 at 000047 -95)

95)

p.22 ¶ 61 (Pl's Mot. Ex. 9 at 000006)             (Pl's Mot. Ex. 8 at 000006)

p.22 ¶ 62 (Pl's Mot. Ex. 13 at 000009)            (Pl's Mot. Ex. 9 at 000009)

p.26 ¶ 71 (Pl's Mot. Ex. 15,                       (Pl's Mot. Ex. 10A, "Statement of Issues" at 3)

"Statement of Issues" at 3)

p.26 ¶ 72  Three references to Pl's               Pl's Mot. Ex. 10A

Mot. Ex. 15

p.27 ¶ 73  (Pl's Mot. Ex. 15 "Desist             (Pl's Mot. Ex. 10B "Desist and Refrain Order.")

and Refrain Order.")

p.27 fn.3 (Pl's Mot. Ex. 13 at 000006)            (Pl's Mot. Ex. 9 at 000006)

p.29 ¶ 81 (Pl's Mot. Ex. 10 at 000047 -           (Pl's Mot. Ex. 8 at 000047 -94; Ex. 8 at 000115-

94; Ex.12 at 000115-16.)                           16.)

8

| **IN ORIGINAL**: | **CORRECTION**: |
|---|---|
| p.30 ¶ 83 (Pl's Mot. Ex. 7 at 000146-175) | (Pl's Mot. Ex. 6 at 000146-175) |
| p.31 ¶ 84 (Pl's Mot. Ex. 10 at 000049-93) | (Pl's Mot. Ex. 8 at 000049-93) |
| p.31 ¶ 86 (Pl's Mot. Ex. 13 at 000009) | (Pl's Mot. Ex. 9 at 000009) |
| p.31 ¶ 87 (Pl's Mot. Ex. 7 at 000146-175) | (Pl's Mot. Ex. 6 at 000146-175) |
| p.32 ¶ 88 (Pl's Mot. Ex. 11 at 000112-113) | (Pl's Mot. Ex. 8 at 000112-113) |
| p.33 ¶ 89 (Pl's Mot. Ex. 11 at 000112-113) | (Pl's Mot. Ex. 8 at 000112-113) |
| p.34 ¶ 93 Three references to Pl's Mot. Ex. 11 | Pl's Mot. Ex. 8 |

**III.     Certification Pursuant to Local Rule 7.1.A.3**

The undersigned counsel for Plaintiff certifies that he made efforts to confer with all parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues by agreement but has been unable to do so.  Specifically, the undersigned counsel contacted Mr. Epstein and Ms. Bratter, defense counsel for the Contempt Defendants, by e-mail at 10:45 a.m. this day asking whether they would consent to a Rule 60(a) motion to rectify the clerical errors in reference to Plaintiff's Exhibits in the Findings of Fact and Conclusions of Law and Order on Request to Modify Stipulated Injunction and Extending the Monitor's Tenure.  As of filing this motion, the undersigned received no reply from defense counsel.  The undersigned counsel submits that this effort suffices in an effort to contact opposing counsel for purposes of and under the circumstances of this motion.

**IV.     CONCLUSION**

Wherefore, Plaintiff requests that the forgoing corrections be made to correct the mistakes or omissions in the Findings of Fact and Conclusions of Law (DE #390) and that the corrections be made *nunc pro tunc*.

FOR THE PLAINTIFF:                                                  Date: <u>April 2, 2009</u>

<u>/s Douglas V. Wolfe</u>                          Michael E. Tankersley (Bar No. A5500895)
Douglas V. Wolfe (Bar No. A5500779)        Federal Trade Commission
Federal Trade Commission                   Division of Marketing Practices
Division of Enforcement                    600 Pennsylvania Ave., NW, Rm 288
600 Pennsylvania Ave. NW,  Rm NJ-2122      Washington, DC 20580
Washington, DC  20580                      Tel: (202) 326-2991; Fax: (202) 326-3395
Tel:  (202) 326-3113; Fax:  (202) 326-2258 Attorney E-mail address:
Attorney E-mail address: dwolfe@ftc.gov    mtankersley@ftc.gov

10

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 06-CIV-61851-UNGARO

FEDERAL TRADE COMMISSION,

    Plaintiff,

  v.

RANDALL L. LESHIN, et al.,

    Defendants.

## CERTIFICATE OF SERVICE

   I hereby certify that on April 2, 2009, I electronically filed the foregoing Emergency Motion, pursuant to Rule 60(a), Fed. R. Civ. P., to correct clerical mistakes or omissions in the Findings of Fact and Conclusions of Law with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronic Notices of Electronic Filing.

         /sDouglas V. Wolfe
         Douglas V. Wolfe
         Federal Trade Commission
         Division of Enforcement
         600 Pennsylvania Avenue, NW, Room NJ-2122
         Washington, DC 20580
         (202) 326-3113
         FAX: (202) 326-2558
         dwolfe@ftc.gov

## Service List

*Attorneys for Defendants Gaviola and*
*Consumer Credit Counseling, Inc.*:

Richard J. Capriola
Marvin Paul Pastel, II
Weinstock & Scavo, P.C.
3405 Piedmont Road, N.E., Suite 300
Atlanta, GA 30305
(by CM/ECF)

*Attorneys for Defendants Randall L. Leshin,*
*Charles Ferdon, Randall L. Leshin, P.A., &*
*Express Consolidation, Inc.:*

Herman J. Russomanno
Robert J. Borrello
Russomanno & Borrello, P.A.
Museum Tower – Penthouse 2800
150 West Flagler Street
Miami, FL 33130
(by CM/ECF)

Roger A. Colaizzi
Theodore W. Atkinson
Mary Ellen R. Himes
Ari Nicholas Rothman
Barbara L. Waite
Venable LLP
575 7th Street, N.W.
Washington, DC 20004
(by first class mail)

Richard Wayne Epstein
Greenspoon Marder, P.A.
100 W Cypress Creek Road, Suite 700
Fort Lauderdale, FL 33309
(by CM/ECF)